ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 SEP -1 AM 9:51

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| REUBEN R. McINTYRE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV405-84 |
| GLENN RICH, Warden, | ) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 1st day of Sept, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Reuben R. McIntyre  )

vs  )  CASE NUMBER CV405-84

Glenn Rich  )  DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 9/1/05, which is part of the official record of this case.

Date of Mailing: 9/1/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: WPrescott
Deputy Clerk

**Name and Address**

Chad Eric Jacobs Georgia Dept. of Law 40 Capitol Sq. SW. Atlanta, Ga. 30334
Reuben R. McIntyre GDC 186665 Rogers State Prison 1978 Ga. Hwy. 147 Reidsville, Ga. 30453

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate